IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 8:16CR118 |
| Plaintiff, | ) | 8:06CR423 |
| | ) | MOTION TO REVIEW DETENTION |
| vs. | ) | |
| | ) | |
| CHRISTOPHER ADAMS, | ) | |
| | ) | |
| Defendant. | ) | |

      COMES NOW the defendant, Christopher Adams, by and through his attorney, Alan G. Stoler, and moves the Court for a review of the Detention Order and asks this Court to reconsider in light of these additional factors:

      1)      Adams completed, at his own expense, a Substance Abuse Evaluation with Hatcher & Associates which recommended a long term inpatient treatment program;

      2)      Jim Roberts, PreTrial Services was consulted and he suggested contact with NOVA theraputic community as an appropriate inpatient facility for Adams;

      3)      Counsel contacted the Intake Coordinator at NOVA and they have screened Adams for their facility and feel he is suitable, but will not place Adams on the wait list (approximately 3 weeks) unless the Court would approve such placement;

      4)      Doug Amen, AUSA has been consulted and he has no objection to inpatient treatment for Adams;

      5)      Such treatment would be highly beneficial to Adams and would be able to show the Court post offense rehabilitation efforts at time of sentencing;

      6)      Adams has not participated in a long term treatment program for addiction issues before.

      WHEREFORE  Adams requests the Court to review the Detention Order and find that

there are terms and conditions of release with the specific direction that Adams participate in and complete the NOVA inpatient treatment program.

                    CHRISTOPHER ADAMS, Defendant.
        BY: /s/ Alan G. Stoler
            Alan G. Stoler, P.C., L.L.O.
            1823 Harney St, Ste. 1004
            Omaha, NE 68102
            (402) 346-1733

## CERTIFICATE OF SERVICE

The above Motion for review of detention has been filed ECF on May 9, 2016. with service to Douglas Amen , AUSA and James Roberts, Pretrial Services Officer.

                    /s/ Alan G. Stoler