# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 8:16CR118 |
| vs. | ) | ORDER |
| CHRISTOPHER ADAMS, | ) | |
| Defendant. | ) | |

This case is before the court on the defendant Christopher Adams' Motion to Review Detention (#43). Defendant proposes release for inpatient treatment at the NOVA therapeutic community. The motion is denied without hearing.

A review of the defendant's Pretrial Services Report (Addendum, #11) and the court's April 14, 2016 Detention Order Pending Trial (#37) discloses that the defendant was under federal supervision for a 2009 conviction for conspiracy to distribute methamphetamine (8:08CR423). Additionally, the Pretrial Services report discloses the defendant has a significant prior criminal history, including four prior felony convictions, a conviction for domestic assault (2002), and State parole revoked for absconding (2008). Additionally, the Pretrial Services report discloses eight (8) prior failures to appear.

The proposed placement of the defendant at NOVA fails to mitigate the court's concern as to flight and danger and fails to rebut the presumption of detention under 18 U.S.C. § 3142(e).

**IT IS ORDERED:** Defendant's Motion to Review Detention (#43) is denied without hearing.

Dated this 11th day of May 2016.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge